## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL GARRICK O'BRYAN, JR., )<br>Address:    P.O. Box 9 )<br>               Dahlgreen, VA 22448 )<br>               )<br>       Plaintiff, )<br>               )<br>   v. )<br>               )<br>THE HONORABLE GORDON R. )<br>ENGLAND, in his official capacity as )<br>SECRETARY OF THE UNITED STATES )<br>NAVY, )<br>Address:    1000 Navy Pentagon )<br>             Washington, D.C. 20350-1000 )<br>               )<br>               )   DOCKET NO.:  _____<br>     Serve: )<br>     United States Attorney for the )<br>     District of Columbia )<br>     555 4th St., NW )<br>     Washington, D.C. 20001 )<br>               )<br>     And )<br>               )<br>     Attorney General of the United )<br>     States Department of Justice )<br>     10th & Constitution Ave., NW )<br>     Washington, D.C. 20530 ) | |