13 September 2005

FOIA Coordinator
Space and Naval Warfare Systems Center, San Diego
Attn: Lou Pohlenz, (D001)
53560 Hull Street
San Diego CA 92152-5001
(619)553-4720/4753 ph/fax
foia-sscsd@spawar.navy.mil

REF:    FREEDOM OF INFORMATION ACT REQUEST

Dear Mr. Pohlenz:

I am requesting the following specific documents under FOIA:

1. Information Technology security incident and/or violation investigation reports including all findings, opinions, conclusions, written statements, and a synopsis of all conversations, for the NMCI computer room #228 at SSC-SD Building 40 previously called "Green Team Lab" currently managed by Mr. Tom Kelly, for the period APR 2001 – SEP 2002.

2. Computer related acceptable use policy in effect during 2001 and 2002 for the NMCI computer room #228 at SSC-SD Building 40 previously called "Green Team Lab" managed by Mr. Tom Kelly.

3. Document that specifies who was appointed as the Information Systems Security Officer and/or Manager (ISSO/M) for the NMCI computer room #228 at SSC-SD Building 40 previously called "Green Team Lab" currently managed by Mr. Tom Kelly, for the period APR 2001 – SEP 2002.

4. Standard operating procedures and/or security policies and procedures (which were in effect during 2001 and 2002) for the NMCI computer room #228 at SSC-SD Building 40 previously called "Green Team Lab" managed by Mr. Tom Kelly.

5. Document designating who was a classifier of information for work completed in the NMCI computer room #228 at SSC-SD Building 40 previously called "Green Team Lab" managed by Mr. Tom Kelly, which was in effect in 2001 and 2002.

6. The 2001-2002 computer accreditation packages and/or the dates of accreditation for the computer systems in computer room 228 at SSC-SD building 40 previously called "Green Team Lab" managed by Mr. Tom Kelly.

7. Any accreditation information related to the classified desktop computer on the "build bench" table in room #228, SSC-SD building 40, described in the attached diagram, in the NMCI Green Team computer room on Monday, 18 March 2002.

8. Inventory documentation for information system hardware for the APR 2001- SEP 2002 time period in the NMCI computer room #228 at SSC-SD Building 40, previously called "Green Team Lab," currently managed by Mr. Tom Kelly.

9. All System Security Authorization Agreements (SSAA) in effect during 2001 and 2002 for the NMCI Green Team computer room. Including computers and networks (SIPRNET and/or NIPRNET), at SSC-SD Building 40, room #228, previously called "Green Team Lab" managed by Mr. Tom Kelly.

1

10. Any documentation of security training prior to March 18, 2002, for the government and contractor personnel working in room #228 at building 40 SSC-SD, formally called "Green Team Lab" managed by Mr. Tom Kelly.

I have reviewed the FOIA fee structure listed on http://www.spawar.navy.mil/sandiego/foia and agree to charges incurred. Any privacy bar to the release of the above documents I waive these rights in respect to this FOIA request.

I can be reached at (540) 220-6209 should any questions arise. Please forward correspondence to the following address: Michael O'Bryan, P.O. Box 9, Dahlgren VA 22448.

Thank you in advance for your assistance.


Sincerely,

*Michael O'Bryan*

Michael G. O'Bryan




Enclosure 1: Diagram of the classified desktop computer on the "build bench" table in room #228, SSC-SD building 40.