UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL O'BRYAN,                )<br>                                                        )<br>            Plaintiff,                   )<br>                                                        )<br>       v.                                          )<br>                                                        )<br> GORDON R. ENGLAND, Secretary of the  )<br> United States Navy,                )<br>                                                        )<br>            Defendant.             )<br>_____) | Civil Action No. 06-50 (RJL)<br>Electronic Case Filing |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant Gordon R. England, Secretary of the United States Navy, by and through his undersigned counsel, respectfully moves the Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint from February 24, 2006 until March 24, 2006. The grounds for this motion are set forth below.

Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to contact counsel for plaintiff on February 22 and 23, 2006 by telephone and by electronic mail to discuss various developments in this case, which are described generally below, in the hope of developing a joint plan for resolving this issues or for creating a schedule for briefing any remaining issues after the Navy produces responsive documents. Counsel for plaintiff has not responded to those messages. If counsel for the parties are able to confer in the near future, undersigned counsel will promptly inform the Court as to plaintiff's position on this motion or on any matters on which the parties are able to agree.

Plaintiff brings this case under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking certain information from the Department of the Navy. Although the Navy had

not yet responded to plaintiff's FOIA request when he filed the instant action, the Navy has now completed its search, located responsive documents, processed the documents, and is nearly ready to make a release to plaintiff. Final administrative approval of the exemptions claimed by the Navy is expected within approximately the next two weeks and when it comes through, the Navy will release information to plaintiff's counsel. At that point, defendant respectfully suggests that plaintiff should be afforded a reasonable amount of time to review the information to determine what, if any, issues remain in this case. In the meantime, the Navy can be preparing the evidence to support a motion for summary judgment if one is needed. Consequently, the one month being requested will allow all of these things to happen and move this case toward resolution.

     The U.S. Attorney's Office was served with the Complaint in this case on January 25, 2006. Accordingly, the defendant's response is currently due on February 24, 2006. The Assistant United States Attorney with primary responsibility for this matter promptly contacted the Navy component in San Diego most directly responsible for preparing a response to plaintiff's FOIA request after she received the case and the Navy has provided the information contained in this motion about the status of plaintiff's FOIA request. The relief sought in plaintiff's complaint is a response from the Navy, and that response is imminent. If plaintiff wishes to challenge the redactions, responding will require the Navy to prepare a <u>Vaughn</u> index of the withholdings made to the documents as well as preparation of an appropriate declaration describing its search for responsive documents and other relevant matters. Because the Navy had not yet responded to the FOIA request when this litigation was initiated, it was unable to have

that declaration complete prior to the current deadline due, in large part, to committing its resources to getting the response together.

This extension of time is sought in good faith and will not unduly delay the resolution of this matter. Plaintiff will not be unfairly prejudiced by the delay associated with this extension as the Navy anticipates releasing documents during the period of the extension. This is the defendant's first request for an extension of time to respond to the Complaint, and no scheduling order has been entered.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for answering or otherwise responding to the amended complaint be extended to and including March 24, 2006. A proposed order is attached.

Dated: February 24, 2006.

                          Respectfully submitted,

                          KENNETH L. WAINSTEIN, D.C. Bar #451058
                          United States Attorney

                          R. CRAIG LAWRENCE, D.C. Bar # 171538
                          Assistant United States Attorney

                           /s/
                          JANE M. LYONS, D.C. Bar #451737
                          Assistant United States Attorney
                          United States Attorney's Office
                          Civil Division
                          555 4th Street, N.W. - Room E4822
                          Washington, D.C. 20530
                          (202) 514-7161