UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL O'BRYAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GORDON R. ENGLAND, Secretary of the ) <br> United States Navy, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-50 (RJL) <br> Electronic Case Filing |

**ORDER**

UPON CONSIDERATION of the defendant's motion for enlargement of time to respond to the complaint, any opposition thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore

ORDERED that the defendant's motion should be and is hereby GRANTED, and that defendant shall have through and including March 24, 2006 to answer or otherwise respond to the complaint.

_____                                      _____
Date                                                                         RICHARD J. LEON
                                                                                    United States District Judge

**Copies Through ECF to Counsel of Record**