UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL O'BRYAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GORDON R. ENGLAND, Secretary of the )<br>United States Navy, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-50 (RJL)<br>Electronic Case Filing |

**DEFENDANT'S STATEMENT OF**
**MATERIAL FACTS NOT IN GENUINE DISPUTE**

Defendant Gordon R. England, Secretary of the United States Navy, respectfully submits this statement of material facts as to which there is no genuine dispute in support of defendant's motion for summary judgment and in accordance with Local Rule 7(h). This statement is supported by the Declarations of Susan C. James, the FOIA/PA Coordinator in the Office of Counsel for the Space and Naval Warfare Systems Command, Elizabeth VanHorn for the Office of Counsel for the Space and Naval Warfare Systems Center in San Diego ("SSC San Diego"), and Douglas Kirby, an Information Assurance Specialist in the Security Office in SSC San Diego.

1. On or around Septmber 14, 2005, the Space and Naval Warfare Systems Center in San Diego, California ("SSC San Diego") received a request under the Freedom of Information Act, 5 U.S.C. § 552, from plaintiff for documents pertaining generally to computers and security at a particular Navy facility between 2001 and 2002.. Complaint, ¶ 4 & Exhibit.

2. Defendant conducted a reasonable search for information responsive to plaintiff's requests by physically searching records in the areas identified by plaintiff and areas to where equipment had been relocated. Navy personnel searched the Security Department and logically traced the current location of the facility which was the main subject of plaintiff's FOIA request (the Green Team Lab) to a reconfigured lab space in Rooms 222, 223, and 224 in Building 40. See Declaration of Elizabeth VanHorn ¶ 7. The Navy also made significant efforts to locate documents in response to each of plaintiff's detailed requests for information involving security training and other matters. Id. ¶¶ 8-10; Declaration of Douglas Kirby ("Kirby Dec."), ¶¶ 3-13.

3. On February 16 and 28, 2006, the Navy released responsive records to plaintiff. See James Dec. ¶ 4. Eight pages were released in full and 64 pages were released in part. Id.

4. Defendant properly withheld computer codes and other internal markings and similar items of no legitimate value to the public under Exemption 2. See James Dec. ¶ 6 & Exhs. A, B.

5. Defendant properly applied Exemption 6 to protect the names of government employees from an unwarranted privacy intrusion. See James Dec. ¶ 7 & Exh. B.

6. Defendant examined each responsive document carefully and carefully segregated all non-exempt material for release. See James Dec. ¶ 9 & Exh. B.

Dated: March 24, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney


/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

-3-