UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL GARRICK O'BRYAN, JR. )<br>)<br>        Plaintiff,           )<br>v.                                        )<br>                                          )<br>THE HONORABLE GORDON R. )<br>ENGLAND, in his official capacity as )<br>SECRETARY OF THE UNITED )<br>STATES NAVY                       )<br>                                          )<br>        Defendant.          ) | Case No: 1:06CV00050 RJL |

DECLARATION OF ELIZABETH VANHORN

I, ELIZABETH VANHORN, declare the following to be a true and correct statement of facts:

1. I am an employee in the Office of Counsel, Space and Naval Warfare Systems Center, San Diego (SSC San Diego). My responsibilities include serving as the Command Freedom of Information Act and Privacy Act (FOIA/PA) Coordinator. My duties include the receipt of requests submitted to the Command under the FOIA and processing these requests in accordance with Navy policies.

2. The statements I make in this declaration are based on my own personal knowledge, the knowledge I acquired in the performance of my official duties, and my review of the official files and records of SSC San Diego.

3. Plaintiff submitted a request under the FOIA by e-mail on September 14, 2005. The e-mail contained a digital version of the letter attached as exhibit A to Plaintiff's complaint. In general, Plaintiff had requested documents concerning "NMCI computer room #228 at SSC-SD Building 40 previously called "Green Team Lab" currently managed by Mr. Tom Kelly, for the period APR 2001 – SEP 2002."

4. Based upon the nature of knowledge I acquired in the performance of my official duties, I recognized that the documents requested by plaintiff were likely to be located in the system of records maintained by the SSC San Diego Security Department. Therefore, on September 14, 2005, I requested that the SSC San Diego Security Department conduct a search for records responsive to Plaintiff's request.

5. On approximately October 7, 2005, I received documents from the Security Department. The documents did not appear to be responsive to Plaintiff's request as they were related to a different laboratory room number than the room referenced in Plaintiff's request. I requested that the Security Department verify that the search included Room 228.

6. Thereafter, I had a series of telephone conversations with Plaintiff in October and November 2005 regarding the status of his FOIA request. I advised Plaintiff that the Security Department was conducting the search and thus far no responsive documents had been located. I further advised Plaintiff that I had received documents from Security that on their face did not appear to be responsive to his request. Plaintiff stated that he was interested in Room 228 and was insistent that the Command release any responsive documents. I advised Plaintiff that I would try to clarify the situation regarding the discrepancy between the documents identified by the Security Department and his request and would advise him further once I was satisfied that a complete and thorough search had been conducted. My last attempted contact with the plaintiff occurred on November 10, 2005. I called Plaintiff to advise him that I had a responsive instruction to release to him and to attempt to obtain further information to clarify his request. I left a message for Plaintiff to return my call. Plaintiff did not return my call and I assumed that he had withdrawn his request.

7. On February 6, 2006, I was advised that Plaintiff had filed a complaint in the United States District Court for the District of Columbia seeking an order for the release of documents. I immediately requested that SSC San Diego Security Department conduct another search for the documents. Once again I was advised that there were no responsive documents relating to Room 228 as identified in Plaintiff's request and that in fact, Room 228 was not a classified computer room. I was also advised by Security, however, that after March 29, 2001, due to a physical reconfiguration of the lab spaces, a Green Team Lab was also located within the perimeter of a classified Open Storage Secret (OSS) area comprised of Rooms 222, 223 and 224 in Building 40. Mr. Tom Kelly was the prior lab manager for Room 223 and Room 223 appeared to best resemble the lab configuration diagram provided by Mr. O'Bryan in enclosure (1) to his complaint. Based on this information, I requested that the Security Department expand its search to include the reconfigured Green Team OSS area.

8. After expanding the parameters of the search to include the reconfigured Green Team OSS area, Douglas Kirby, an Information Assurance Specialist within the SSC San Diego Security Office, located documents responsive to Plaintiff's request. On February 16, 2006, I prepared a partial release of documents and provided Plaintiff's counsel with documents responsive to Plaintiff's request numbers 2, 5 and 8. See Exhibit A to this declaration.

9. Based upon the nature of knowledge acquired by me in the performance of my official duties, I caused a search to be conducted of the SSC San Diego Information Assurance and Engineering Division records for the Standard Operating Procedures for the Green

Team Lab as requested by Plaintiff in his request number 4. Responsive documents were located and on February 28, 2006, I prepared a second partial release of documents and provided Plaintiff's counsel with seven additional documents responsive to Plaintiff's request number 4. These records included the Security Policies and Procedures located by Mr. Kirby as well as the "Green Team Lab" Standard Operating Procedures. See Exhibit B to this declaration.

10. Plaintiff's request number 10 was for "Any documentation of security training prior to March 18, 2002, for the government and contractor personnel working in room #228 at building 40 SSC-SD, formally called "Green Team Lab" managed by Mr. Tom Kelly." Mr. Kirby advised me that the Security Office does not maintain security training material for security training conducted prior to March 2002. The Security Training materials from CY2002 had been updated with newer materials and older materials are no longer in existence. In addition to requesting that Mr. Kirby conduct a search for security training material, I caused a search to be conducted of the Corporate Data Base, Total Workforce Management Data Base and the Defense Civilian Personnel Data System for records related to security training attended by SSC San Diego personnel assigned to the "Green Team Lab". As a result of this search responsive documents were located.

11. In accordance with my custom and practice and Navy policy, I reviewed all documents prior to release to determine whether there were any documents that were potentially exempt from disclosure under the FOIA. Upon review of the documents, I identified that documents responsive to Plaintiff's Request Numbers 1, 3, 6, 7, 9, and 10, may be exempt from disclosure pursuant to 5 U.S.C. 552 (b) (6), which exempts release of information that would result in an unwarranted invasion of the personal privacy of the government employees identified in the documents. In addition, I identified that documents responsive to Plaintiff's Request Numbers 6, 7, and 9 may be exempt from disclosure pursuant to 5 U.S.C. 552 (b)(2), which exempts release of critical infrastructure information for which disclosure could reasonably be expected to cause harm.

12. SSC San Diego does not have authority to deny or to issue a partial denial of a FOIA request. Therefore, on February 28, 2006, I forwarded all documents identified in response to plaintiff's request numbers 1, 3, 6, 7, 9, and 10 to our headquarters, the Space and Naval Warfare Systems Command for a release determination. As of this date, all documents located in response to Plaintiff's request numbers 2, 4, 5 and 8 were released to Plaintiff's counsel. See Exhibits A and B to this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on  23 MARCH 2006.

_____
ELIZABETH VANHORN



**DEPARTMENT OF THE NAVY**
SPACE AND NAVAL WARFARE SYSTEMS CENTER
53560 HULL STREET
SAN DIEGO, CALIFORNIA 92152-5001

```
                                          5720
                                          Ser SSCSD/124
                                          February 16, 2006
```

Glassman & Bullock
Attn: Stephen C. Glassman, Esq.
1950 Old Gallows Road
Suite 700
Vienna, VA  22182

    This responds to your client, Michael G. O'Bryan's, Freedom of Information Act (FOIA) request of September 13, 2005, which was received in this office on September 14, 2005 and assigned reference number Ser SSCSD/124.

    Be advised that your client specifically requested documents concerning "NMCI computer room #228 at SSC-SD Building 40 previously called "Green Team Lab" currently managed by Mr. Tom Kelly, for the period APR 2001 - SEP 2002". Our Space and Naval Warfare Systems Center, San Diego (SSC San Diego) Security Office informed me that there were no documents responsive to Room 228. However, a Green Team Lab also resided in the perimeter of a classified Open Storage Secret (OSS) area comprised of Rooms 222-224 and that Room 223, Building 40 appeared to best resemble the lab configuration diagram provided by Mr. O'Bryan. In addition, Mr. Tom Kelly was the prior lab manager for that space. Based on this information, I requested that the Security Office expand its search for documents to include these additional areas.

    Enclosed is a partial release of the documents requested. Some of the information requested is still being researched and will be provided to you as soon as possible. Additionally, portions of documents identified in the search may be exempt from release and are being forwarded to the Space and Naval Warfare Systems Command for a release determination.

    Specific information regarding portions of your request are as follows:

ENCLOSURE (2)

```
                                              5720
                                              Ser SSCSD/124
                                              February 16, 2006
```

Request #2: "Computer related acceptable use policy in effect during 2001 and 2002 for the NMCI computer room #228 at SSC-SD Building 40 previously called "Green Team Lab" currently managed by Mr. Tom Kelly."

Prior to October 24, 2002, Department of Defense Directive (DoDD) 5200.28, Security Requirements for Automated Information Systems (AIS); SECNAVINST 5239.3A, Department of the Navy Information Assurance (IA) Policy; and OPNAVINST 5239.1B, Navy Information Assurance (IA) Program were in effect. On October 24, 2002, DoDD 5200.28 was superceded by DoDD 8500.1, Information Assurance (IA). Copies are attached.

Request #5: "Document designating who was a classifier of information for work completed in the NMCI computer room #228 at SSC-SD Building 40 previously called "Green Team Lab" managed by Mr. Tom Kelly, which was in effect in 2001 and 2002."

SSC San Diego original classification authority is the Commander, Space and Naval Warfare Systems Command per SECNAVINST 5510.36, chapter 4, exhibit 4A.

Request #8: "Inventory documentation for information system hardware for the APR 2001 – SEP 2002 time period in the NMCI computer room #228 at SSC-SD Building 40, previously called "Green Team Lab," currently managed by Mr. Tom Kelly."

SSC San Diego does not have a record of a computer inventory for Room 228. Therefore, there are no responsive documents for that location. A plant property inventory record for Lab 223, Building 40 reflecting inventory dates for calendar year (CY) 2001 through 2002, is attached.

Fees will be calculated when the request is finalized. Should you have any questions regarding this matter, please contact me at (619) 553-4720, fax (619) 553-4753. The mailing address for this office is:

```
                                        5720
                                        Ser SSCSD/124
                                        February 16, 2006
```

Commanding Officer
Space and Naval Warfare Systems Center (Code 2001)
53560 Hull Street
San Diego, CA  92152-5001

                    Sincerely,

                    E. G. VANHORN
                    FOIA Coordinator

Enclosures:
DoDD 5200.28
DoDD 8500.1
SECNAVINST 5239.3A
SECNAVINST 5239.1B
Plant Property Inventory



**DEPARTMENT OF THE NAVY**
SPACE AND NAVAL WARFARE SYSTEMS CENTER
53560 HULL STREET
SAN DIEGO, CALIFORNIA 92152-5001

5720
Ser SSCSD/124-A
February 28, 2006

Glassman & Bullock
Attn: Stephen C. Glassman, Esq.
1950 Old Gallows Road
Suite 700
Vienna, VA  22182

This responds to your client, Michael G. O'Bryan's, Freedom of Information Act (FOIA) request of September 13, 2005, which was received in this office on September 14, 2005 and assigned reference number Ser SSCSD/124. Documents responsive to Mr. O'Bryan's request, specifically Request Numbers 2, 5, and 8 were previously provided in our letter, Ser SSCSD/124 of February 16, 2006.

Since our previous correspondence with you, we have located seven additional documents responsive to Mr. O'Bryan's request:

> Request #4. Standard operating procedures and/or security policies and procedures (which were in effect during 2001 and 2002) for the NMCI computer room #228 at SSC-SD Building 40 previously called "Green Team Lab" managed by Mr. Tom Kelly.

Enclosed is Naval Ocean Systems Center (NOSC) Instruction 5500.1A, Security Manual; Communication Security (COMSEC) Material System (CMS) Handbook, Emergency Plan for the Protection of Classified Material; Code 287 Emergency Action Plan for Building 40, Room 222-224; Cypher Lock Combo Change Standard Operating Procedure; Procedures for Laboratory Accreditation for Computers Processing Classified Data; and Security Lock-up Procedures. In addition, Department of Defense Directive (DoDD) 5200.28, Security Requirements for Automated Information Systems (AIS); SECNAVINST 5239.3A, Department of the Navy Information Assurance (IA) Policy; and OPNAVINST 5239.1B, Navy Information Assurance (IA) Program, previously provided in our February 16, 2006, were also in effect.

As stated in our February 16, 2006 response, portions of documents identified in the search that may be exempt from

ENCLOSURE (3)

```
                                            5720
                                            Ser SSCSD/124-A
                                            February 28, 2006
```

release are being forwarded to the Space and Naval Warfare Systems Command for a release determination.

Regarding the fees for processing this request, per the FOIA fee schedule and Mr. O'Bryan's promise to pay, please send your check for $1,933.55 payable to U.S. TREASURER, within 30 days. Your check should be sent to:

**SPAWARSYSCEN (CODE 2001)**
**ATTN: FOIA COORDINATOR**
**BUILDING A33, ROOM 2053**
**53560 HULL STREET**
**SAN DIEGO CA 92152-5001**

When submitting your payment for search and review of the information provided, please send a copy of this letter and reference Ser FOI/SSCSD6016 on your check.

For FOIA inquiries, please contact the undersigned at (619) 553-4720, or by fax at (619) 553-4753.

                                    Sincerely,

                                    E. G. VANHORN
                                    FOIA Coordinator

Enclosures:  1. NOSCINST 5500.1A
             2. CMS Handbook
             3. Emergency Plan for the Protection of
                Classified Material
             4. Code 287 Emergency Action Plan for Building
                40, Room 222-224
             5. Cypher Lock Combo Change SOP
             6. Procedures for Laboratory Accreditation for
                Computers Processing Classified Data
             7. Security Lock-up Procedures