**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL O'BRYAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-50 (RJL) |
| ) | |
| GORDON R. ENGLAND, ) | |
| Secretary of the United States Navy, ) | |
| ) | |
|    Defendant. ) | |
| _____) | |

**Motion of Plaintiff for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment, Nunc Pro Tunc**

Comes now Plaintiff Michael O'Bryan ("Plaintiff") by and through undersigned counsel, Glassman & Bullock and Stephen C. Glassman, and pursuant to Fed. R. Civ. P. 6(b) respectfully requests an enlargement of time to file a response to the Defendant's Motion for Summary Judgment. A Memorandum of Points and Authorities in support of the Motion is submitted herewith. Plaintiff requests an enlargement of 21 days in which to file a response to the Plaintiff's Motion for Summary Judgment.

WHEREFORE, Plaintiff respectfully requests that this Court enlarge the time for it to file a Response to Defendant's Motion for Summary Judgment by 21 days and grant any other and further relief that this Court deems just and proper in this case.

                                                     Respectfully submitted,

                                                     _____/s/_____
                                                     Stephen C. Glassman

                                                     D.C. Bar No.: 024042
                                                     1950 Old Gallows Rd., Suite 700
                                                     Vienna, VA 22182

Telephone: (301) 670-9200
Facsimile: (703) 902-9501

Counsel for the Plaintiff

**Certification of Counsel**

I hereby certify that on April 5, 2006, Jane M. Lyon, Esq., counsel for the Defendant for the purpose of ascertaining whether she would consent to the relief requested in this Motion. Ms. Lyon could not be contacted.

_____/s/_____
Stephen C. Glassman

**Certificate of Service**

I hereby certify that on the 5th day of April, 2005, the foregoing Motion for Enlargement of Time and accompanying Memorandum of Points and Authorities in Support of Motion and proposed Order were served on counsel for the Defendant via electronic case filing pursuant to the rules of this Court.

_____/s/_____
Stephen C. Glassman