UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL O'BRYAN,            )
                            )
    Plaintiff,              )
                            )
v.                          )    Civil Action No. 06-50 (RJL)
                            )
GORDON R. ENGLAND,          )
Secretary of the United States Navy, )
                            )
    Defendant.              )
_____)

**Memorandum of Points and Authorities in Support of Motion of Plaintiff for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment, Nunc Pro Tunc**

Comes now Plaintiff Michael O'Bryan ("Plaintiff") by and through undersigned counsel, Glassman & Bullock and Stephen C. Glassman, and pursuant to Fed. R. Civ. P. 6(b) respectfully submits this Memorandum of Points and Authorities in Support of Motion for Enlargement of Time to file a Response to Defendant's Motion for Summary Judgment. In support thereof, Plaintiff states as follows:

1. Plaintiff filed suit in this matter on January 12, 2005.

2. On March 24, 2006, the Defendant, Secretary of the Navy Gordon R. England ("Defendant") filed a Motion for Summary Judgment. Plaintiff's Response to Defendant's Motion for Summary Judgment was due on or before April 3, 2006. L. Civ. R. 7.1.

3. On March 28, 2006, undersigned counsel retrieved the electronic notification of the Motion and disseminated same to administrative staff and attorneys providing support on this case. It was instructed that the return date for the Plaintiff's Response was to be calendared so that responsible parties were aware of the filing date. As well, it was

believed that the instruction was followed and that the matter was properly calendared. Nonetheless and for an unknown reason, the return date was not calendared.

4. From March 29, 2006 until April 2, 2006, undersigned counsel and another attorney in his office assigned to assist him on this case were out of town on previously scheduled personal matters.

5. It was not realized until April 5, 2006 that the return date for the Plaintiff's Response to Defendant's Motion for Summary Judgment had not been properly calendared. Once it was recognized that the return date had passed, an attorney in the office of the undersigned contacted opposing counsel to ascertain whether they would consent to an enlargement of time to prepare a response to the Motion for Summary Judgment. Plaintiff's counsel sought immediately to rectify the situation.

6. This is Plaintiff's first request for an enlargement.

7. Fed. R. Civ. P. Rule 6(b) affords this Court the authority to grant the relief requested herein. It is submitted that good cause is demonstrated and that the explanation offered herein amounts to excusable neglect sufficient for the relief requested herein to be granted. Defendant will not experience any prejudice should this Court grant the relief requested herein.

8. If the Court denies this Motion, the Plaintiff will be prejudiced.

9. The amount of time requested herein will have a de minimus affect on the management of this case by this Court.

WHEREFORE, Plaintiff respectfully requests that this Court grant the relief requested herein in its entirety, enlarge the time for it to respond to the Defendant's

3

Motion for Summary Judgment by 21 days and grant the Plaintiff any other and further relief as this Court deems just and proper.

                                                    Respectfully submitted,

                                                    _____/s/_____
Stephen C. Glassman
D.C. Bar No.: 024042
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182
Telephone:    (301) 670-9200
Facsimile:    (703) 902-9501

Counsel for the Plaintiff