**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL O'BRYAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GORDON R. ENGLAND, )<br>Secretary of the United States Navy, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-50 (RJL) |

**ORDER**

Upon consideration of the Plaintiff's Motion for an Enlargement of Time to File Response to Defendant's Motion for Summary Judgment, Nunc Pro Tunc, the Memorandum of Points and Authorities in Support thereof and good cause having been shown, it is hereby:

ORDERED that the Motion for an Enlargement of Time to file a Response to Defendant's Motion for Summary Judgment, Nunc Pro Tunc, is GRANTED in its entirety; and it is

FURTHER ORDERED that the Plaintiff shall file a Response to the Defendant's Motion for Summary Judgment on or before April 26, 2006; and it is

FURTHER ORDERED that the following relief shall be granted:

_____

_____

_____

_____.

So Ordered.

Date: _____          _____
                                                                                                                Judge, United States District Court
                                                                                                                For the District of Columbia

Copies to:

Stephen C. Glassman,
Counsel for Plaintiff

Kenneth Wainstein,
Rudolph Contreras
Jane M. Lyons,
Counsel for Defendant