UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL O'BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-50 (RJL) |
| ) | Electronic Case Filing |
| GORDON R. ENGLAND, Secretary of the ) | |
| United States Navy, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR ENLARGEMENT OF TIME AND PROPOSED BRIEFING SCHEDULE**

Defendant filed a motion for summary judgment in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), on March 24, 2006. Plaintiff has filed a motion seeking three additional weeks to respond to that motion. Based on undersigned counsel's interpretation of plaintiff's motion, plaintiff is requesting that the deadline for his opposition be set at April 24, 2006. Defendant, through his undersigned counsel, consents to the relief being sought by plaintiff. However, granting plaintiff's extension will necessitate defendant needing some additional time to file its reply brief because the Assistant United States Attorney with daily responsibility for this case will be out of the country between April 25, 2006 and May 3, 2006, and unable to meet the anticipated deadline for a reply brief, which would be May 4, 2006. Accordingly, with plaintiff's consent, defendant respectfully requests that the Court set the deadline for filing a reply brief as May 19, 2006. Based on current commitments of undersigned counsel in other cases, the additional time being requested should be sufficient.

WHEREFORE, based on the foregoing, the defendant consents to plaintiff's motion for enlargement of time [Docket Entry No. 5], and respectfully requests that the Court establish the following deadlines for the remainder of the briefing schedule:

| | |
|---|---|
| Plaintiff's Opposition | April 24, 2006 |
| Defendant's Reply | May 19, 2006 |

A proposed order is attached.

Dated: April 6, 2006.

    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney


 /s/_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161