UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL O'BRYAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GORDON R. ENGLAND, Secretary of the )<br>United States Navy, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-50 (RJL)<br>Electronic Case Filing |

**ORDER**

UPON CONSIDERATION of plaintiff's consent motion for enlargement of time to respond to defendant's motion for summary judgment [Docket Entry No. 5], defendant's response thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore

ORDERED that plaintiff's motion is hereby GRANTED, and it is further

ORDERED that the following schedule shall be established for the remainder of the briefing on defendant's motion:

| | |
|---|---|
| Plaintiff's Opposition | April 24, 2006 |
| Defendant's Reply | May 19, 2006 |

_____                   _____
Date                                                           RICHARD J. LEON
                                                                   United States District Judge


**Copies Through ECF to Counsel of Record**