UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL O'BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-50 (RJL) |
| ) | |
| GORDON R. ENGLAND, ) | |
| Secretary of the United States Navy, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CONSENT STIPULATION

The parties have agreed to enlarge the time for the Plaintiff to respond to the Defendant's Motion for Summary Judgment and for the Defendants to prepare and file a reply to the Plaintiff's Response. By agreement of the parties, it has been agreed that the Plaintiff's Response to the Defendant's Motion for Summary Judgment shall be due on or before May 15, 2006 and any reply prepared by the Defendant shall be due on or before June 9, 2006. The parties conferred on this schedule on April 25, 2006.

Respectfully submitted,

Date: _____4/26/06_____                                      /s/
                                                                                    _____
                                                                                    GLASSMAN & BULLOCK
                                                                                    Stephen C. Glassman VSB#1206
                                                                                    1950 Old Gallows Rd., Suite 700
                                                                                    Vienna, VA 22182
                                                                                    (703) 902-9507
                                                                                    Counsel for Plaintiff