UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL O'BRYAN,              )<br>                                           )<br>        Plaintiff,                      )<br>                                           )<br>        v.                              )<br>                                           )<br>GORDON R. ENGLAND,             )<br>Secretary of the United States Navy, )<br>                                           )<br>        Defendant.                  )<br>_____) | Civil Action No. 06-50 (RJL) |

**Memorandum of Points and Authorities in Support of Second Motion of Plaintiff for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment**

Comes now Plaintiff Michael O'Bryan ("Plaintiff") by and through undersigned counsel, Glassman & Bullock and Stephen C. Glassman, and pursuant to Fed. R. Civ. P. 6(b) respectfully submits this Memorandum of Points and Authorities in Support of Motion for Enlargement of Time to file a Response to Defendant's Motion for Summary Judgment. In support thereof, Plaintiff states as follows:

1. Plaintiff filed suit in this matter on January 12, 2005.

2. On March 24, 2006, the Defendant, Secretary of the Navy Gordon R. England ("Defendant") filed a Motion for Summary Judgment. Plaintiff's Response to Defendant's Motion for Summary Judgment was due on or before April 3, 2006. L. Civ. R. 7.1.

3. On April 5, 2006, Plaintiff submitted a Motion for Enlargement of Time to file Response to Motion for Summary Judgment. Plaintiff sought an additional 21 days in which to file his response to the Defendant's Motion for Summary Judgment.

4.  On April 25, 2006, counsel for Plaintiff contacted the counsel for the Defendant to ascertain whether she would be willing to negotiate a possible settlement; however, the counsel for the Defendant, Jane Lyons, was not available and was not scheduled to return to her office until May 4, 2006.  As such, counsel for the Plaintiff contacted co-counsel to discuss the possibility of settlement.  Rather than discuss settlement without Ms. Lyons who is principally responsible for the case on behalf of Defendant, it was determined that a better decision was to enlarge the time for the Plaintiff to respond to the Motion for Summary Judgment so that all discussions concerning the case can proceed with Ms. Lyons' involvement.

5.  The parties agreed to the schedule proposed herein.

6.  This is Plaintiff's second request for an enlargement.

7.  Fed. R. Civ. P. Rule 6(b) affords this Court the authority to grant the relief requested herein.  Good cause exists in this matter.

8.  If the Court denies this Motion, the Plaintiff will be prejudiced.

9.  The amount of time requested herein will have a de minimus affect on the management of this case by this Court.

WHEREFORE, Plaintiff respectfully requests that this Court grant the relief requested herein in its entirety, enlarge the time for it to respond to the Defendant's Motion for Summary Judgment until May 15, 2006 and grant the Plaintiff any other and further relief as this Court deems just and proper.

Respectfully submitted,

_____/s/_____

Stephen C. Glassman
D.C. Bar No.: 024042
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182
Telephone:   (301) 670-9200
Facsimile:   (703) 902-9501

Counsel for the Plaintiff