## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL O'BRYAN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GORDON R. ENGLAND, )<br>Secretary of the United States Navy, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-50 (RJL) |

**Consent Motion of Plaintiff for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment**

Comes now Plaintiff Michael O'Bryan ("Plaintiff") by and through undersigned counsel, Glassman & Bullock and Stephen C. Glassman, and pursuant to Fed. R. Civ. P. 6(b) respectfully requests an enlargement of time to file a response to the Defendant's Motion for Summary Judgment. A Memorandum of Points and Authorities in support of the Motion is submitted herewith. The Defendant has consented to Plaintiff's requested enlargement of time and it was agreed that the Plaintiff shall file its Response to Defendant's Motion for Summary Judgment on or before May 29, 2006.

WHEREFORE, Plaintiff respectfully requests that this Court enlarge the time for it to file a Response to Defendant's Motion for Summary Judgment and grant any other and further relief that this Court deems just and proper in this case.

Respectfully submitted,

_____/s/_____
Stephen C. Glassman
D.C. Bar No.: 024042
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182
Telephone:    (301) 670-9200
Facsimile:    (703) 902-9501

Counsel for the Plaintiff

## Certification of Counsel

I hereby certify that on May 15, 2006, counsel for the Defendant consented to the relief requested in this Motion.

_____/s/_____
Stephen C. Glassman

## Certificate of Service

I hereby certify that on the 15th day of May, 2005, the foregoing Motion for Enlargement of Time and accompanying Memorandum of Points and Authorities in Support of Motion and proposed Order were served on counsel for the Defendant via electronic case filing pursuant to the rules of this Court.

_____/s/_____
Stephen C. Glassman