UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL O'BRYAN,            )
                            )
    Plaintiff,              )
                            )
    v.                      )     Civil Action No. 06-50 (RJL)
                            )
GORDON R. ENGLAND,          )
Secretary of the United States Navy, )
                            )
    Defendant.              )
_____)

**Consent Motion of Plaintiff for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment**

Comes now Plaintiff Michael O'Bryan ("Plaintiff") by and through undersigned counsel, Glassman & Bullock and Stephen C. Glassman, and pursuant to Fed. R. Civ. P. 6(b) respectfully requests an enlargement of time to file a response to the Defendant's Motion for Summary Judgment. A Memorandum of Points and Authorities in support of the Motion is submitted herewith.

WHEREFORE, Plaintiff respectfully requests that this Court enlarge the time for it to file a Response to Defendant's Motion for Summary Judgment and grant any other and further relief that this Court deems just and proper in this case.

                Respectfully submitted,

                __/s/__ Stephen C. Glassman
                Stephen C. Glassman
                D.C. Bar No.: 024042
                1950 Old Gallows Rd., Suite 700
                Vienna, VA 22182
                Telephone:   (301) 670-9200
                Facsimile:    (703) 902-9501

                Counsel for the Plaintiff

2

**Certification of Counsel**

I hereby certify that on May 30, 2006, counsel for the Defendant was contacted to ascertain whether she would consent to the relief requested in this Motion. Defendant's counsel consented to the enlargement requested.

                                                                                            _____/s/Stephen C. Glassman
                                                                                            Stephen C. Glassman

**Certificate of Service**

I hereby certify that on the 30th day of May, 2006, the foregoing Motion for Enlargement of Time and accompanying Memorandum of Points and Authorities in Support of Motion and proposed Order were served on counsel for the Defendant via electronic case filing pursuant to the rules of this Court.

                                                                                            _____/s/Stephen C. Glassman
                                                                                           Stephen C. Glassman