UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL O'BRYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-50 (RJL) |
| | ) | |
| GORDON R. ENGLAND, | ) | |
| Secretary of the United States Navy, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Memorandum of Points and Authorities in Support of Second Motion of Plaintiff for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment**

Comes now Plaintiff Michael O'Bryan ("Plaintiff") by and through undersigned counsel, Glassman & Bullock and Stephen C. Glassman, and pursuant to Fed. R. Civ. P. 6(b) respectfully submits this Memorandum of Points and Authorities in Support of Motion for Enlargement of Time to file a Response to Defendant's Motion for Summary Judgment. In support thereof, Plaintiff states as follows:

1. The parties have agreed to settle this matter.

2. On May 24, 2006 Defendant's Counsel forwarded to the undersigned a Stipulation of Dismissal to be executed by the parties. The Stipulation provided that it was to be executed by the parties and approved by the Court.

3. On May 25, 2006, the terms of the settlement were accepted by the Plaintiff.

4. On May 26, 2006, Plaintiff forwarded to Defendant an executed Stipulation of Dismissal to be executed by counsel for the Defendant.

5. The Stipulation was submitted to the Defendant via Federal Express.

6. As of the date and time of this Motion, the Stipulation has not been submitted to the Court for approval.

7. Plaintiff's response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment is due on or before May 30, 2006.

8. Plaintiff submits this Motion in order to ensure that the Court does not enter judgment on the Defendant's Motion before the Stipulation of Dismissal can be presented to the Court for approval.

WHEREFORE, Plaintiff respectfully requests that this Court grant the relief requested herein in its entirety, enlarge the time for it to respond to the Defendant's Motion for Summary Judgment until June 29, 2006 and grant the Plaintiff any other and further relief as this Court deems just and proper.

Respectfully submitted,

__/s/ Stephen C. Glassman__
Stephen C. Glassman
D.C. Bar No.:  024042
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182
Telephone:   (301) 670-9200
Facsimile:     (703) 902-9501

Counsel for the Plaintiff