# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL O'BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-50 (RJL) |
| ) | |
| GORDON R. ENGLAND, ) | |
| Secretary of the United States Navy, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Upon consideration of the Plaintiff's Motion for an Enlargement of Time to File Response to Defendant's Motion for Summary Judgment, the Memorandum of Points and Authorities in Support thereof and good cause having been shown, it is hereby:

ORDERED that the Motion for an Enlargement of Time to file a Response to Defendant's Motion for Summary Judgment is GRANTED in its entirety; and it is

FURTHER ORDERED that the Plaintiff shall file a Response to the Defendant's Motion for Summary Judgment on or before June 29, 2006; and it is

FURTHER ORDERED that the Defendant shall file a Reply to the Response of the Plaintiff to the Defendant's Motion for Summary Judgment on or before July 23, 2006; and it is

FURTHER ORDERED that the following relief shall be granted:

_____

_____

_____

_____.

2

So Ordered.

Date:  _____  _____
                                                                        Judge, United States District Court
                                                                        For the District of Columbia

Copies to:

Stephen C. Glassman,
Counsel for Plaintiff

Kenneth Wainstein,
Rudolph Contreras
Jane M. Lyons,
Counsel for Defendant