UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL O'BRYAN, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>GORDON R. ENGLAND, Secretary of the )<br>United States Navy, )<br>)<br>  Defendant. )<br>_____ ) | Civil Action No. 06-50 (RJL)<br>Electronic Case Filing |

## JOINT AND VOLUNTARY STIPULATION OF SETTLEMENT AND DISMISSAL

The parties hereby settle and compromise the above-entitled lawsuit under the terms and conditions set forth herein:

1. Plaintiff shall promptly pay by a check made payable to the U.S. Treasury the amount of one thousand dollars ($1,000.00). This sum represents a portion of the fees associated with his request under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") which is the subject of the above-captioned case.

2. This Stipulation of Settlement and Dismissal represents full and complete satisfaction of any and all claims arising from the allegations set forth in the complaint filed in this lawsuit that have been, or could be, made and disposes of any and all claims and issues in this lawsuit, including any claim for attorney's fees or costs.

3. Nothing in this Stipulation shall be construed as an admission with respect to the merits of the above captioned lawsuit, or of any wrongdoing whatsoever by either party hereto.

4. The parties hereto acknowledge that this Stipulation sets forth their full and complete understanding with regard to the resolution of the above-captioned civil action and the claims

raised therein. By executing this Stipulation, the parties further acknowledge: that they each understand its terms; that such terms are acceptable to each; that there are no additional obligations, either written or oral, to be performed by any party beyond those set forth herein; that such terms are final and binding as to all claims that have been brought or could have been advanced on behalf of plaintiff against defendant; that the parties voluntarily enter into this Stipulation without duress, coercion or undue influence.

5. The terms of this Stipulation may not be altered, amended, changed, supplemented or modified in any manner or degree except by a written instrument signed by each of the parties hereto.

6. Each party agrees to make a good faith effort to resolve any dispute arising from or regarding this Stipulation prior to bringing it to the Court's attention. Should either party at any time believe that the other party is in breach of this Stipulation, prior to bringing the matter to the Court's attention, that party shall notify the other party in writing of the particular section of this Stipulation that has allegedly been breached and the action(s) that constitute the breach. The other party shall then have thirty (30) days to respond to such claims prior to the injured party's bring the alleged breach to the attention of the Court.

7. The signatories hereto hereby warrant that they are fully authorized to sign this Stipulation on behalf of themselves, if they are signing in their individual capacity, or on behalf of the entity that they represent, if they are signing on behalf of an entity.

8. Each party further represents that it has read and fully understands the content of this Stipulation, that he or it has had the advice of legal counsel of its own choosing in considering

this Stipulation, that he or it freely and voluntarily assents to all the terms and conditions hereof, and that he or it signs and executes this Stipulation of his or its own free will.

9. This action is dismissed with prejudice, except that the Court shall have jurisdiction to reinstate this action on motion of any party to resolve a claim of noncompliance with the terms of the Stipulation.

Respectfully Submitted,

_/s/ Stephen C. Glassman_
STEPHEN C. GLASSMAN, #024042
1950 Old Gallows Road, Suite 700
Vienna, Virginia 22182
(301) 670-9200

_/s/ Kenneth L. Wainstein_
KENNETH L. WAINSTEIN, D.C BAR #451058
United States Attorney

_/s/ Rudolph Contreras_
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_/s/ Jane M. Lyons_
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W - Room E4822
Washington, D.C. 20530
(202) 514-7161

**SO ORDERED.**

On this _____ day of _____, 2006.

_____
RICHARD J. LEON
United States District Judge